**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**JOEL SCHNEIDER**<br>UNITED STATES MAGISTRATE JUDGE | MITCHELL H. COHEN COURTHOUSE<br>1 John F. Gerry Plaza, Room 2060<br>CAMDEN, NJ 08101-0887<br>(856) 757-5446 |

**LETTER ONLY**
**ELECTRONICALLY FILED**
September 16, 2014

Maggie F. Moy, Esquire
Office of Federal Public Defender
800-840 Cooper Street
Suite 300
Camden, NJ 08102

    **Re:  USA v. Hodge**
         **Mag. No. 13-2084 (JS)**

Dear Ms. Moy:

    Attached is a letter the Court recently received from your client.  After you confer with your client, kindly let the Court know if an in-person conference is necessary to address defendant's choice of counsel.

                               Very truly yours,

                               *s/Joel Schneider*

                               JOEL SCHNEIDER
                               United States Magistrate Judge

JS/jk
Att: (By Regular Mail Only)
cc:  Justin C. Danilewitz, AUSA (w/o att.)